UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY ROWE,

          Petitioner,

  v.

MELISSA ANDREWJESKI, et al.,

          Respondents.

Case No. C23-5875-RAJ-SKV

ORDER FOR SERVICE AND ANSWER, § 2254 PETITION

      This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner is currently incarcerated at the Coyote Ridge Corrections Center and is subject to the Court's Mandatory E-Filing Project under General Orders 02-15 and 06-16.  The Court, having reviewed petitioner's amended federal habeas petition, Dkt. 8, hereby finds and ORDERS as follows:

      (1)    The Clerk shall arrange for service by e-mail upon respondent and the Attorney General of the State of Washington of copies of the petition, all documents in support thereof, and this Order.  The Clerk shall also direct a copy of this Order and of the Court's *pro se* instruction sheet to petitioner.

      (2)    Within **forty-five (45) days** after such service, respondent shall file and serve an answer in accordance with Rule 5 of the Rules Governing Section 2254 Cases in United States District Courts.  As part of such answer, respondent shall state whether petitioner has exhausted

ORDER FOR SERVICE AND ANSWER, § 2254
PETITION - 1

available state remedies and whether an evidentiary hearing is necessary.  Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.  Respondent shall file the answer with the Clerk of the Court and serve a copy of the answer on petitioner.

**The Clerk is also directed to serve a copy of petitioner's Motion to "Stay and Abey" Await State Remedy.  Dkt. 9.  Prior to filing an answer, respondent is directed to file a response to petitioner's motion.  The Court will re-note the motion for three Fridays after respondent enters a notice of appearance.**

(3) The answer will be treated in accordance with LCR 7.  Accordingly, on the face of the answer, respondent shall note it for consideration on the fourth Friday after filing. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday designated for consideration of the matter, and respondent may file and serve a reply not later than the Friday designated for consideration of the matter.

(4) <u>Filing by Parties, Generally</u>

All attorneys admitted to practice before this Court are required to file documents electronically via the Court's CM/ECF system.  Petitioner shall file all documents electronically. All filings must indicate in the upper right hand corner the name of the magistrate judge to whom the document is directed.  Any document filed with the Court must be accompanied by proof that it has been served upon all parties that have entered a notice of appearance in the underlying matter.  Petitioner shall indicate the date the document is submitted for e-filing as the date of service.

(5) <u>Motions</u>

Any request for court action shall be set forth in a motion, properly filed and served.

ORDER FOR SERVICE AND ANSWER, § 2254
PETITION - 2

Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as a part of the motion itself and not in a separate document. The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration on the Court's motion calendar.

      (6)    <u>Direct Communications with District Judge or Magistrate Judge</u>

No direct communication is to take place with the District Judge or Magistrate Judge with regard to this case. All relevant information and papers are to be directed to the Clerk.

Dated this 30th day of October, 2023.

                                          S. KATE VAUGHAN
                                          United States Magistrate Judge