UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY PETER JOSEPH ROWE,

          Petitioner,

v.

MELISSA ANDREWJESKI, et al.,

          Respondents.

Case No. C23-5875-RAJ-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Given the recent filing of a Notice of Appearance for Respondents, Dkt. 12, Petitioner's Motion to "Stay & Abey" and Await State Remedy, Dkt. 9, is herein RENOTED for consideration on **November 17, 2023**. Respondents shall respond to the motion on or before **November 13, 2023** and Petitioner may file a reply on or before the noting date.

Dated this 2nd day of November, 2023.

          Ravi Subramanian
          Clerk of Court

          By: Stefanie Prather
          Deputy Clerk

MINUTE ORDER - 1