UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY PETER JOSEPH ROWE,

                Petitioner,

    v.

JEFFEREY PERKINS, et al.,

                Respondents.[1]

Case No. C23-5875-RAJ-SKV

ORDER LIFTING STAY

Petitioner filed a Motion to Lift Stay, asserting the exhaustion of his state court remedies. Dkt. 17.  Respondent does not object to lifting the stay.  Dkt. 20.  Now, having considered the motion and response, the Court hereby finds and ORDERS as follows:

(1)   The Motion to Lift Stay, Dkt. 17, is GRANTED.  The stay in this matter is lifted and Respondent shall have **forty-five (45) days** from the date of this Order to respond to Petitioner's habeas petition by filing an answer to the petition.  As the Court previously advised, *see* Dkt. 10, the answer filed by Respondent will be treated in accordance with Local Civil Rule (LCR) 7.  Accordingly, on the face of the answer, Respondent shall note it for consideration on the fourth Friday after filing.  Petitioner may file and serve a response not later than the Monday

---

[1] The Clerk's Office is directed to modify the docket to reflect the change in a named Respondent.  Dkt. 19.

ORDER LIFTING STAY - 1

immediately preceding the Friday designated for consideration of the matter, and Respondent may file and serve a reply not later than the Friday designated for consideration of the matter.

      (2)     The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

Dated this 1st day of March, 2024.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER LIFTING STAY - 2