HONORABLE JUDGE RICHARD A. JONES
MAGISTRATE JUDGE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| TIMOTHY ROWE,<br><br>                Petitioner,<br><br>    v.<br><br>JEFFEREY PERKINS, et al,<br><br>                Respondents. | NO. C23-5875-RAJ-SKV<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER<br>(~~PROPOSED~~) |

The Court, having considered the motion for an extension of time, Dkt. 24, the Declaration of C. Mark Fowler, and the records and files herein, does hereby find and ORDER:

The motion for an extension of time to **May 16, 2024** to file an answer to the habeas corpus petition is GRANTED.

DATED this 10th day of April, 2024.

*[signature: S. Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:
ROBERT W. FERGUSON
Attorney General

*s/ C. Mark Fowler*
C. MARK FOWLER, WSBA # 59895
Assistant Attorney General

ORDER GRANTING MOT. FOR EXT. OF TIME TO FILE AN ANSWER (~~PROPOSED~~)
NO. C23-5875-RAJ-SKV

1

ATTORNEY GENERAL OF WASHINGTON
CORRECTIONS DIVISION
PO BOX 40116
OLYMPIA, WA 98504-0116
(360) 586-1445