UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY PETER JOSPEH ROWE,

    Petitioner,

v.

JEFFEREY PERKINS, et al.,

    Respondents.

Case No. 23-cv-5875-RAJ-SKV

**ORDER**

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus is **DENIED** without an evidentiary hearing, and this action is **DISMISSED** with prejudice.

ORDER - 1

(3) A certificate of appealability is **DENIED**. Dkt. #35 *See* 28 U.S.C. § 2253(c).[1]

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 10th day of October, 2024.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

---

[1] On October 8, 2024, Petitioner filed a Motion for Issuance of a Certificate of Appealability. Dkt. # 35. The Court construes this motion as an objection to the Report and Recommendation. The Court exercises its discretion to consider the motion before the October 29, 2024 noting date. *See* Fed. R. Civ. P. 1 (directing district courts to administer the rules of procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding").

ORDER - 2